# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADRIAN ROCHIN,<br><br>　　　　　Petitioner,<br><br>　　　　　v.<br><br>LELAND S. McEWEN, Warden,<br><br>　　　　　Respondent. | Case No. LACV 12-10386-JVS (LAL)<br><br>**JUDGMENT** |

　　　Pursuant to the Order Accepting Report and Recommendation of United States Magistrate Judge,

　　　IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: January 25, 2016

　　　　　　　　　　　　　　　　　　　　　　HONORABLE JAMES V. SELNA
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE